CLEMENT, Com'r, v. SCHRUM et al. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Maynard N. Clement, as Commissioner, etc., against Wil-

liam Schrum, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.